# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 92-50046-1 |
| CALVIN McQUEEN ) | USM No: 12614-039 |
| Date of Previous Judgment: 5/11/1993 ) | Kenneth Sasse |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   240   months **is reduced to**   188 MONTHS  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:   38          Amended Offense Level:   36
Criminal History Category:   I         Criminal History Category:   I
Previous Guideline Range:   235   to   293   months    Amended Guideline Range:   188   to   235   months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated   5/11/1993   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   April 30, 2008              s/Paul D. Borman
                                                                Judge's signature

Effective Date:  _____           Paul D. Borman, U.S. District Judge
       (if different from order date)                      Printed name and title